# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOSTON CONSULTING GROUP, INC., a Massachusetts corporation,<br><br>           Plaintiff,<br><br>v.<br><br>GAMESTOP CORPORATION, a Delaware corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:22-00363-CJB<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S STATEMENT UNDER LOCAL RULE 7.1.1

Counsel for Defendant hereby certifies under Local Rule 7.1.1 that Delaware counsel for the parties conferred telephonically on June 9, 2022, regarding Defendant's Motion to Transfer Venue. Defendant expects Plaintiff to oppose the motion.

/s/ John M. Seaman
John M. Seaman (#3868)
E. Wade Houston (#6289)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Tel: (302) 778-1000
seaman@abramsbayliss.com
houston@abramsbayliss.com

*Attorneys for Defendant GameStop Corp.*

Dated:  June 10, 2022