# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOSTON CONSULTING GROUP, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>GAMESTOP CORPORATION, a Delaware corporation,<br><br>Defendant. | C.A. No. 1:22-00363-CJB |

## **DEFENDANT GAMESTOP CORP.'S MOTION TO DISMISS**

Under Federal Rule of Civil Procedure 12(b)(6), defendant GameStop Corp. hereby moves to dismiss the above-captioned action with prejudice. A concurrently filed opening brief supports this motion.

OF COUNSEL:

Trey Cox
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Tel: (214) 698-3256
tcox@gibsondunn.com

Dated: June 10, 2022

/s/ *John M. Seaman*
John M. Seaman (#3868)
E. Wade Houston (#6289)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Tel: (302) 778-1000
seaman@abramsbayliss.com
houston@abramsbayliss.com

*Attorneys for Defendant GameStop Corp.*