IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOSTON CONSULTING GROUP, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>GAMESTOP CORP., a Delaware corporation,<br><br>Defendant. | C.A. No. 22-00363-CJB |

### DECLARATION OF MICHAEL T. BOARDMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER

I, Michael T. Boardman, declare as follows:

1. I am an associate at Baker & McKenzie LLP in Los Angeles, California, counsel for Plaintiff The Boston Consulting Group, Inc., and over the age of 18. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Form 10-K Annual Report for the fiscal year ended January 29, 2022 filed by GameStop Corp. with the Securities and Exchange Commission and available at

https://www.sec.gov/ix?doc=/Archives/edgar/data/1326380/000132638022000021/gme-20220129.htm.

3. Attached hereto as Exhibit B is a true and correct copy of the Fifth Amended and Restated By-laws of GameStop Corp., attached as Exhibit 3.2 to the Form 10-K Annual Report for the fiscal year ended January 29, 2022 filed by GameStop Corp. with the Securities Commission and available at:

https://www.sec.gov/Archives/edgar/data/1326380/000132638017000012/ex321_fifthamendbylaws.htm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of July, 2022.

<u>/s/ Michael T. Boardman</u><br>
Michael T. Boardman