**ABRAMS & BAYLISS LLP**
20 MONTCHANIN ROAD, SUITE 200
WILMINGTON, DE 19807
MAIN: 302-778-1000
FAX: 302-778-1001

JOHN M. SEAMAN

DIRECT DIAL NUMBER
302-778-1152
SEAMAN@ABRAMSBAYLISS.COM

August 19, 2022

**VIA CM/ECF & HAND DELIVERY**

Hon. Christopher J. Burke
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 28, Room 23
Wilmington, Delaware 19801-3555

      Re:    *The Boston Consulting Group, Inc. v. GameStop Corp.*,
              C.A. No. 1:22-cv-00363-CJB

Dear Judge Burke:

     Under the Court's January 23, 2017 Standing Order Regarding Courtroom Opportunities for Newer Attorneys, Defendant GameStop Corp. hereby gives notice that Andrew H. Bean, Esq. of Gibson, Dunn & Crutcher LLP will present Defendant's Motion to Transfer Venue (D.I. 18) at the hearing scheduled for September 12, 2022, at 10:00 a.m. (D.I. 34). Mr. Bean is a Class of 2015 attorney who has practiced for fewer than seven years.

                                 Respectfully submitted,

                                 */s/ John M. Seaman*

                                 John M. Seaman (#3868)

JMS/tnm

cc:     All counsel of record (by CM/ECF)