# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOSTON CONSULTING GROUP, INC., a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>GAMESTOP CORP., a Delaware corporation,<br><br>Defendant. | C.A. No. 1:22-00363-CJB |

## AFFIDAVIT OF CHRISTOPHER FITZPATRICK CANNATARO, ESQ. CONCERNING DEFENDANT GAMESTOP CORP.'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

I, Christopher Fitzpatrick Cannataro, being duly sworn depose and say as follows:

1. I am an attorney admitted to the Bar of the State of Delaware and an associate with the law firm of Abrams & Bayliss LLP. I represent Defendant GameStop Corp. in the above-captioned action.

2. I respectfully submit this affidavit in support of Defendant's Reply Brief in Support of its Motion for Summary Judgment.

3. Attached hereto is a true and correct copy of the following document:

| Exhibit No. | Bates Nos. | Short Description |
|---|---|---|
| 606 | Robinson Deposition | Transcript of Mark Robinson's Deposition on Aug. 7, 2023 |

Dated:   December 21, 2023

By: _____
Christopher Fitzpatrick Cannataro (#6621)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Telephone: (302) 778-1000
cannataro@abramsbayliss.com

*Attorneys for Defendant GameStop Corp.*



ANNETTE BOSCO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 13, 2026