# EXHIBIT J

# REDACTED

# EXHIBIT K

# REDACTED

# EXHIBIT L

**REDACTED**

# Exhibit M

# REDACTED