# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOSTON CONSULTING GROUP, INC.<br><br>  Plaintiffs,<br><br>  v.<br><br>GAMESTOP CORP.,<br><br>  Defendant. | C.A. 22-cv-363 CJB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and Order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 30, 2024

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**Counsel for Boston Consulting Group, Inc.**

Respectfully submitted,

ABRAMS & BAYLISS LLP

/s/ Christopher Fitzpatrick Cannataro
John M. Seaman (#3868)
E. Wade Houston (#6289)
Christopher Fitzpatrick Cannataro (#6621)
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
seaman@abramsbayliss.com
houston@abramsbayliss.com
cannataro@abramsbayliss.com

**Counsel for GameStop Corp.**

**ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:_____

_____
The Honorable Christopher J. Burke