# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BOSTON CONSULTING GROUP, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GAMESTOP CORP.,<br><br>Defendant. | C.A. 22-cv-363 CJB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and Order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: July 30, 2024 | Respectfully submitted, |
| FARNAN LLP | ABRAMS & BAYLISS LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>**Counsel for Boston Consulting Group, Inc.** | /s/ Christopher Fitzpatrick Cannataro<br>John M. Seaman (#3868)<br>E. Wade Houston (#6289)<br>Christopher Fitzpatrick Cannataro (#6621)<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>(302) 778-1000<br>seaman@abramsbayliss.com<br>houston@abramsbayliss.com<br>cannataro@abramsbayliss.com<br><br>**Counsel for GameStop Corp.** |

**ORDER**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 30, 2024

_Christopher J. Burke_
The Honorable Christopher J. Burke
United States Magistrate Judge